HOVSEP PUSHMAN, Appellant, v. NEW YORK GRAPHIC SOCIETY, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents.

HARRIET M. SMITH, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., as Successor to THE NEW YORK EDISON COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARCEL DREYFUS, Doing Business under the Trade Name and Style of ASSOCIATED CONTRACTING COMPANY, Respondent, v. EUGENE KRAUSE and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

EDWARD F. JONES, Respondent, v. ALAN PORTER LEE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of CUP CRAFT PAPER CORPORATION, Respondent, v. FEDERAL PAPER BOARD COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to serve an amended answer within ten days after service of order, on payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

RUTH BECKER and LOUIS I. BECKER, Respondents, v. MANUFACTURERS TRUST COMPANY, as Successor Trustee under the Last Will and Testament of SARAH L. BENNET for the Benefit of CHAPMAN S. HARRIS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion.

THE WORTH CORPORATION, Respondent, v. ABESWORTH CORP. and ALEXANDER ABES, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

LOUIS LEVINE and Others, Suing for Themselves, etc., Appellants, v. SOSTHENES BEHN and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part. [174 Misc. 988.]